UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People Of Louisiana

Vs

The Army Corps Of Engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18 - 4507

SECT: SECT. E MAG. 2

COMPLAINT 1

" ADMINISTRATIVE PROCEDURE ACT "

R:s: 49: 951

Now into this honorable UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA ( Mr. Freddie O. Castello 111 ), The Plaintiff/Petitioner., Who Appears on Behalf Of THE PEOPLE OF LOUISIANA- Who Are TAX-PAYERS, HOMEOWNERS, And Have Bought OIL & GAS For their automobiles.

On/About Dec. 11, 2017 The Plaintiff/Petitioner ( Mr. Freddie O. Castello 111 ) Submitted a PROPOSAL FOR COASTAL EROSION. This PROPOSAL Contains an IDEA For A Future PATENT ( Currently being sent For Validation with the UNITED STATES PATENT & TRADEMARK Office. This INVENTION will help To MITIGATE COASTAL EROSION, By as Much As 30 % Within 2 Years after being Implemented.

ARGUMENT : More Than 5 LETTERS Have been Sent Since The PROPOSAL WAS Submitted On
           Dec. 11- 2017  -  NO RESPONSE

SEE EXHIBITS : 1 - 8

X Fee  Pauper
__ Process
X Dktd
__ CtRmDep
__ Doc. No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People Of Louisiana

Vs

The Army Corps Of Engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18-4507

SECT: SECT. E MAG. 2

COMPLAINT 11

" ADMINISTRATIVE PROCEDURE ACT "

R:s: 49: 951

The TAX-PAYERS OF LOUISIANA, Are Entitled to GOOD USE Of The COASTAL EROSION FUNDS ( About 18 BILLION DOLLARS ). Many Of Those Individuals, Who are making these Decisions As to how these MONIES will be spent - MAY NOT EVEN BE AROUND IN THE NEXT 20 YEARS.

ARGUMENT - The Army Corps Of engineers was held PARTIALLY Responsible For the HURRICANE KATRINA LEVEE FAILURE. Those LEVEES were built After HURRICANE BETSY In 1964/1965.

ARGUMENT : We Cannot Allow the ARMY CORPS OF ENGINEERS to , JUST MOVE DIRT ONLY.

SEE EXHIBIT : 9 - 10

RULE 24  INTERVENTION ON BEHALF OF THE

PEOPLE OF LA. TAX – PAYERS, HOMEOWNERS

FRCP  VILLAGE AND ENVIRONMENTAL GROUP

UNITED STATES DISTRIC5T COURT

EASTERN DISTRICT OF LOUISIANA

18 - 4507

Freddie O. Castello 111                                     CASE NO :

The People Of Louisiana

VS

The Army Corps of Engineers                                 SECTION SECT. E MAG. 2

Mid- Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET, AL

COMPLAINT 111

ADMINISTRATIVE PROCEDURE ACT "

R: S: 49:951

For The Past 70 Years, More Or Less – The Oil & Gas INDUSTRY have been DRILLING. THE MONEY from Oil & Gas, Sometimes over – ride the need for ENVIRONMENTAL SAFETY. Back during the Early Days, DRILLING WAS primarily on LAND. When OIL & GAS is Extracted From Beneath the EARTH, Sinkholes or AIR POCKETS APPEAR. Although We above the GROUND Cannot see the Damage  ( THE DAMAGE IS THERE ).

ARGUMENT : Oil & Gas Companies have a Moral Obligation, As well INTELLECTUAL Obligation-
    To Return The Land as best they can, To it's ORIGINAL STATE.

ABANDDONMENT OF THE SITE 1104,

COASTAL ZONE MANAGEMENT ACT OF 1978 115,   R:s; 49: 213:1

R:S: 213: 2         TECHNICAL ANALYSIS

SEE EXHIBITS -          11 - 16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People of Louisiana

Vs

The army Corps of engineers

Mid – Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18-4507

SECT. E MAG. 2

COMPLAINT 1V

1365   CITIZEN SUITS, Chapter 26, Water Pollution Prevention & Control - CLEAN WATER ACT

In 2010, 20111 The PLAINTIFF/PETITIONER Participated in Several Contest. One was The EARTH CHALLENGE ( Virgin, Mr. Branson ). The Othe CONTEST was held here in NEW ORLEANS By the " IDEA VILLAGE " - Titled the WATER CHALLENGE.

IT was here, That I began to develop IDEAS – That would help Our City ( MOVE WATER ). SEWERAGE & WATER BOARD Do not Move ENOUGH.

ARGUMENT : THE PLAINTIFF brings this CIVIL MATTER TO THIS U.S. DISTRICT COURT - ON BEHALF of The HOMEOWNERS ( Grand Isle, Laffitte, La Place, Plauqemines ( Myrtle Grove ) Who are Paying High Flood Insurance, Who Live Outside the FLOOD PROTECTION AREAS

ARGUMENT : I CAN Make Lake Poncthartrain Dis- Appear.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

THE People of Louisiana

    VS

The Army Corps Of engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET AL

CASE NO.: 18 - 4507

SECT. E MAG. 2

STATEMENT OF JURISDICTION

The HONORABLE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF LOUISIANA, has jurisdiction over the ARMY CORPS OF ENGINEERS, THE OIL & GAS INDUSTRY., Who DRILL IN FEDERAL WATERS in the GULF OD MEXICO, THE BREAUX ACT, THE BIGGERS WATERS ACT.

THE PALINTIFF COMES INTO THIS HONORABLE UNTED STATE COURT, Not For Himself., But the PEOPLE OF LOUISIANA & Their CHILDREN, GRAND – CHILDREN – Who Pay the BURDEN For any Mistake we Make on COASTAL EROSION.

ThePLAINTIFF COMES Before this HONORABLE UNITED STATES DISTRICT COURT, On BEHALF of the LOUISIANA HOMEOWNERS, Who Pay PROPERTY TAXES & HIGH FLOOD INSURANCE RATES.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

THE People of Louisiana

   VS

The Army Corps Of engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET AL

CASE NO: 18-4507

SECT. E MAG. 2

STATEMENT OF JURISDICTION

THE PLAINTIFF ( Mr. Freddie O. Castello 111 ) Comes to This HONORABLE UNITED STATES DITRICT COURT, EASTERN DISTRICT OF LOUISIANA - UNDER THE FOLLOWING FEDERAL LAWS;

1. ENVIRONMENTAL QUALITY TITLE 33 ( 294 )

2. ADMINISTRATIVE PROCEDURE ACT R:S: 49: 951

3. COASTAL ZONE MANAGEMENT ACT OF 1978 : 115
   R:S: 49: 213: 1     R: S:213.12

4. ABANDONMENT OF THE SITE 1104

5. FEE SYSTEM 1309

6. TECHNICAL ANALYSIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castelo 111

The People of Louisiana

VS

The ARMY CORPS OF ENGINEERS

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET AL

CASE NO: 18-4507

SECT. E MAG. 2

## STATEMENT OF THE PARTIES

1. THE ARMY CORPS OF ENGINEERS
   7400 Leake Avenue
   New Orleans, La 70118

2. Mid-Continent Oil & Gas Association
   730 North Blvd
   Baton Rouge, LA 70802

3. La. Oil & Gas Association
   400 Travis St
   Shreveport, La 71101

4. LOGA
   1331 Lakeridge Drive
   Baton rouge, La. 70802

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People of Louisiana

VS

The Army Corps of Engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18- 4507

SECTION: SECT. E MAG. 2

### CLAIM 1

I Became Interested in COASTAL EROSION in 2006. During My Years Living in California ( 190 - 1995 ), I studied EARTHQUAKE THEORY, ETC – Compiling Some RESEARCH, THEORY OF MY OWN. EARTHQUAKES & COASTAL EROSION Are Similar ( UNDERGROUND MOVEMENT ).

SEE EXHIBIT:  19-22

### CLAIM 11

In 2014, I began to DESIGN and IDEA ( INVENTION ) - That Would help to MITIGATE COASTAL EROSION.

It wasn't Until 2017, That I was Ready to SUBMIT My IDEA TO THE ARMY CORPS OF ENGINEERS. PROTOTYPES can be VERY EXPENSIVE, And If it's not done RIGHT THE FIRST TIME – Then MORE MONEY IS NEEDED FOR A SECOND DESIGN.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People of Louisiana

VS

The Army Corps of Engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18-4507

SECTION: SECT. E MAG. 2

CLAIM 11

On December 11, 2017 I SUBMITTED My Proposal to THE ARMY CORPS OF ENGINEERS. Since That time, Many Letters have been sent, In an effort to Determine the STATUS Of that PROPOSAL ( Acceptance Or Not ). Not one RESPONSE Have I gotten.

On JANUARY 25, 2018, I Had hoped to Give a BRIEF Explanation For the Need Of MY IDEA ( government Shutdown ). I spent nearly $ 100.00 Dollars at KINKO'S For My PRESENTATION.

However, Before SUBMITTING My IDEA to the ARMY CORPS OF ENGINEERS, I Mailed a COPYRIGHTED OUTLINE ( DESCRIPTION OF MY INVENTION ) To the U.S. Copyright Office

SEE EXHIBITS: 23-25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People Of Louisiana

VS

The Army Corps Of Engineers

Mid- Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18- 4507

SECTION SECT. E MAG. 2

CLAIM 111

Nearly 30 Years Ago, Was When I became Fascinated With " OIL & GAS DRILLING"., Knowing with all things ( There Is Good & Bad ).

By LAW, the OIL & Gas Industry are Obligated to CAP ALL WELLS WHEN THEY BECAME NO LONGER FINANCIALLY FEASIBLE. However, With MY INVENTION - They Can Do MUCH, MUCH MORE ( AND HELP TO MITIGATE COASTAL EROSION )

SEE EXHIBITS: 26-28 -28-A

ABANDONMENT OF THE SITE 1104,

FEE SYSTEM 1309,   TECHNICAL ANALYSIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People of Louisiana

VS

The Army Corps of Engineers

Mid-Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18-4507

SECT. E MAG. 2

CLAIM IV-4

ARGUMENT OF LAW 2000D

PROHIBITION Against Exclusion From Participation in DISCRIMINATION Under FEDERALLY ASSISTED PROGRAMS 42 U.S.C.A SUBCHAPTER V FEDERALLY ASSISTED PROGRAMS

ARGUMENT OF LAW 525

PROTECTION AGAINST DISCRIMINATORY TREATMENT 11 U.S.C.A 525

By Participating in the DBE BUSINESS CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Freddie O. Castello 111

The People Of Louisiana

VS

The Army Corps Of Engineers

Mid- Continent Oil & Gas Association

La. Oil & Gas Association

LOGA, ET. AL

CASE NO: 18-4507

SECTION SECT. E  MAG. 2

PRAYER

THE PLAINTIFF/PETITIONER ( FREDIIE O. CASTELLO 111 ) Hereby ask of this HONORABLE UNITED STATES DISRICT COURT – To allow this COMPLAINT TO MOVE FORWARD, For The PEOPLE OF LOUISIANA, OUR CHILDREN & GRAND – CHILDREN.

The ARMY CORPS OF ENGINEERS CANNOT CONTINUE TO " Just MOVE DIRT ". And The OIL & GAS INDUSTRY CANNOT CONTINUE to drill for OIL & GAS Without doing more to MITIGATE COASTAL EROSION.

tHE PLAINTIFF/PETITIONER, Feels confident - That ALL the EVIDENCE SHOULD PERSUADE This court TO MANDATE THE USE OF THE INVENTION ( CEMP ) From This day FORWARD.

The USE OF THE PLAINTIFF'S INVENTION WILL SAVE BILLIONS OF DOLLARS ( Instead of MOVING JUST DIRT )

*Freddie O. Castello III*

Freddie O. Castello III
6220 Riverside Dr.
# 546
Metairie, La. 70003
504-300-4517