UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDDIE O. CASTELLO, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4507** |
| **THE ARMY CORPS OF ENGINEERS, ET AL.** | **SECTION "E" (2)** |

## ORDER OF DISMISSAL

More than 90 days have elapsed since the filing of the complaint in this action and plaintiff(s) have failed to show good cause why service of process has not been effected upon defendant Army Corps of Engineers.

Accordingly,

**IT IS ORDERED** that the claims of plaintiff(s) against the aforementioned defendant are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 4th day of September, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**